UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 08-22599-CIV-KING

AUGUSTO GALLARDO ABELLAN,
and AUJUL LTD.,

    Plaintiffs,

v.

WACHOVIA BANK, N.A.,

    Defendant.
_____/

## ORDER DIRECTING THE PLAINTIFFS TO FILE A RESPONSE BY APRIL 20, 2009 TO THE DEFENDANT'S MOTION FOR RECONSIDERATION

THIS CAUSE comes before this Court upon the "Defendant's Motion for Reconsideration of the Court's Order Denying Defendant's Motion for Enlargement of the Pre-Trial Deadlines & to Continue Trial & Incorporated Memorandum of Law" (D.E. #43), filed April 14, 2009.

The undersigned notes that, in this most-recent filing, the Defendant no longer requests that the trial date be continued. Instead, the Defendant merely "requests that the discovery deadline be extended to July 3, 2009 and that pre-trial motion deadline be extended to July 17, 2009." D.E. #43, ¶ 9. Furthermore, the Defendant asserts that "[s]uch a request . . . will not interfere with the trial date of August 17, 2009." *Id.* In the previously-filed Response (D.E. #41), one of the main reasons for the Plaintiffs' opposition was because a continuance of the trial date was not in the best interests of the

Plaintiff Gallardo (who is eighty-years old). Given the fact that it appears these deadlines could be extended for at least some period of time[1] without interfering with the trial date, the Court desires that the Plaintiffs provide a response—by April 20, 2009—to said Motion for Reconsideration (D.E. #43) that addresses whether they continue to oppose this modified request and, if so, the reasons for such opposition.

Accordingly, it is ORDERED, ADJUDGED, and DECREED that the Plaintiffs be, and the same are hereby, **DIRECTED to file a response by April 20, 2009 to the Defendant's Motion for Reconsideration (D.E. #43)**.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United State Courthouse, Miami, Florida, this 15th day of April, 2009.

```
                          JAMES LAWRENCE KING
                          UNITED STATES DISTRICT JUDGE
                          SOUTHERN DISTRICT OF FLORIDA
```

cc:  *Counsel for Plaintiffs*
     Martha R. Mora
     Avila Rodriguez Hernandez Mena & Ferri
     2525 Ponce de Leon Blvd.
     Penthouse 1225
     Coral Gables , FL 33134

---

[1] The undersigned notes that a motion deadline of July 10, 2009, which is seven calendar days after the proposed discovery deadline of July 3, 2009, might be preferable to the July 17, 2009 motion deadline proposed by the Defendant because a July 10, 2009 motion deadline would provide this Court more time to rule on a motion (e.g., motion for summary judgment) filed on the deadline date.

2

Wilfredo A. Rodriguez
Avila Rodriguez Hernandez Mena & Ferri LLP
2525 Ponce de Leon Boulevard
Suite 1225
Coral Gables , FL 33134-6049

***Counsel for Defendant***
Carlos Francisco Concepcion
Concepcion & Associates
355 Alahambra Circle
Suite 1250
Miami , FL 33134

Elio F. Martinez , Jr.
Concepcion Sexton & Martinez
355 Alahambra Circle
Suite 1250
Miami , FL 33134

Marian Grace Kennady
Concepcion, Sexton & Martinez
355 Alhambra Circle
Suite 1250
Coral Gables , FL 33134

Ricardo Hugo Puente
Concepcion Sexton & Martinez
355 Alhambra Circle
Suite 1250
Coral Gables , FL 33134