UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 08-22599-CV-KING

AUGUSTO GALLARDO ABELLAN,
an individual, and AUJUL LTD, a
foreign corporation,

    Plaintiffs,

v.

WACHOVIA BANK, N.A.,

    Defendant.

_____/

## ORDER DENYING CROSS MOTIONS FOR SUMMARY JUDGMENT

THIS CAUSE comes before the Court upon Plaintiffs' Motion for Summary Judgment (DE #58), and Defendant's Motion for Summary Judgment (DE #63). Both parties have filed Responses (DE #75, 81), and Replies (DE #85, 90).

Plaintiffs' Complaint states two causes of action: 1) Breach of Florida statutes governing security procedures in wire transfers, and 2) breach of fiduciary duty. Defendant asserts several legal theories for why it should escape liability, and Plaintiffs argue that judgment should be entered in their favor on one count. However, after carefully reviewing the parties' motions, and the arguments and legal authorities cited therein, it appears that there are genuine issues of material fact that remain in dispute which preclude entry of summary judgment. Indeed, the competing affidavits and depositions demonstrate that such issues include, but are not limited to, whether the parties agreed to specific security procedures, whether Wachovia had security procedures in place, and whether Wachovia employees actually and properly conducted those security procedures.

Accordingly, the Court having read the parties' motions and considered the many legal theories asserted therein, it is **ORDERED, ADJUDGED,** and **DECREED** that:

1. Plaintiffs' Motion for Summary Judgment (DE #58) be, and the same hereby is, **DENIED.**

2. Defendant's Motion for Summary Judgment (DE #63) be, and the same hereby is, **DENIED.**

3. A new trial date will be set by separate Order of this Court.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 20th day of August, 2009.

JAMES LAWRENCE KING
U.S. DISTRICT JUDGE

Cc:

**Counsel for Plaintiffs**
Martha R. Mora
Avila Rodriguez Hernandez Mena & Ferri
2525 Ponce de Leon Blvd.
Penthouse 1225
Coral Gables , FL 33134
305-779-3567
Fax: 305-779-3561
Email: mmora@arhmf.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Wilfredo A. Rodriguez
Avila Rodriguez Hernandez Mena & Ferri LLP
2525 Ponce de Leon Boulevard
Suite 1225

Coral Gables , FL 33134-6049
305-779-3577
Fax: 305-779-3561
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Juancarlos Sanchez
Avila Rodriguez Hernandez Mena & Ferri LLP
2525 Ponce de Leon Blvd.
Penthouse 1225
Coral Gables , FL 33134
305-779-3560
Fax: 305-779-3561
Email: jsanchez@arhmf.com
ATTORNEY TO BE NOTICED

**Counsel for Defendants**
Carlos Francisco Concepcion
Concepcion & Associates
355 Alahambra Circle
Suite 1250
Miami , FL 33134
305-444-6669
Fax: 444-3665
Email: cconcepcion@cfclaw.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Elio F. Martinez , Jr.
Concepcion Sexton & Martinez
355 Alahambra Circle
Suite 1250
Miami , FL 33134
305-444-6669
Fax: 305-444-3665
Email: emartinez@cfclaw.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Marian Grace Kennady
Concepcion, Sexton & Martinez
355 Alhambra Circle
Suite 1250
Coral Gables , FL 33134
305-444-6669
Fax: 305-444-3665

Email: mkennady@cfclaw.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Ricardo Hugo Puente
Concepcion Sexton & Martinez
355 Alhambra Circle
Suite 1250
Coral Gables , FL 33134
305-444-6669
Fax: 305-444-3665
Email: rpuente@cfclaw.com
ATTORNEY TO BE NOTICED