UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-22599-CIV-KING

AUGUSTO GALLARDO ABELLAN,
*an individual, and* AUJUL, LTD., *a
foreign corporation,*

       Plaintiffs,

v.

WACHOVIA BANK, N.A., *a National
Banking Association,*

       Defendant.

_____/

## ORDER SETTING CASE FOR FINAL PRETRIAL CONFERENCE

IT IS ORDERED and ADJUDGED that the above-styled case is hereby set for

Final Pretrial Conference on **Thursday, October 29, 2009 at 9:30 A.M.**

Pursuant to S.D. Fla. L. R. 16.1, one attorney from each party having

authority to enter into stipulations and make admissions, shall meet to prepare

and file a final pretrial stipulation.

The attorneys must stipulate to a "Statement of the Case," as required

by the local rules of court. It will be unacceptable, and the pretrial stipulation

is subject to rejection by the court, for the attorneys to draft separate

Statements of the Case (i.e., one for the plaintiff, one for the defendant). A

unilateral statement of the case by one party is not a stipulation of facts as

contemplated by the Rules.  This is not the place for counsel to make opening statements or closing arguments for their clients.   It is a joint stipulation of what the case is about.

The parties shall file the pretrial stipulation with the Clerk of Court on or before **October 22, 2009 (1 week before Final Pretrial Conference date)**. A courtesy copy of the pretrial stipulation shall be provided to chambers and chambers shall be notified at (305) 523-5105 of any settlement between the parties by 4:30 p.m. on this date.

This order, establishing the deadline for filing of the pretrial stipulation shall be strictly followed by counsel, notwithstanding any Local Rule of Court or private agreement  between counsel, any filed (or unfiled) proposed Local Rule 16 scheduling deadlines or any other order of the court by other judges.

Under existing policies and agreements between the state and federal courts of Florida, the judge who enters the first written order scheduling a case for trial on a date set, has priority over the services of the attorney so scheduled for the date set.  See Krasnow v. Navarro, 909 F.2d 451 (11th Cir. 1990).

It shall be the duty of the attorneys herein set to ensure that no other judge schedules them for a trial that impacts upon or conflicts with the date set forth above.  If any counsel receives a written notice of a trial from another judge, in either state or federal court, that in any way conflicts with this trial schedule setting, it is the obligation of that attorney to notify that judge

immediately so that the judge may reschedule his or her calendar, thus leaving

counsel conflict scheduling free for this case.

DONE and ORDERED in chambers at the James Lawrence King

Federal Justice Building and United States Courthouse, Miami, Florida this

2nd day of September, 2009.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

Copies furnished to:

**_Counsel for Plaintiff:_**
Martha R. Mora, Esq.
Wilfredo A. Rodriguez, Esq.
AVILA RODRIGUEZ HERNANDEZ MENA & FERRI
2525 Ponce de Leon Boulevard
Penthouse 1225
Coral Gables, Florida 33134
Facsimile: (305) 779-3561

**_Counsel for Defendant:_**
Carlos Francisco Concepcion, Esq.
Elio F. Martinez, Jr., Esq.
Marian Grace Kennady, Esq.
CONCECION SEXTON & MARTINEZ
355 Alhambra Circle
Suite 1250
Coral Gables, Florida 33134
Facsimile: (305) 444-3665